**BURSOR & FISHER, P.A.**
Yeremey Krivoshey (State Bar No. 295032)
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile:  (925) 407-2700
E-mail: ykrivoshey@bursor.com

**BURSOR & FISHER, P.A.**
Matthew A. Girardi (*PHV* application forthcoming)
1330 Avenue of the Americas
32nd Floor
New York, NY 10019
Telephone: (646) 837-7150
Facsimile:  (212) 989-9163
E-Mail: mgirardi@bursor.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORINA

| | |
|---|---|
| RENEE FIRATO, individually and on behalf of all other persons similarly situated,<br><br>                              Plaintiff,<br><br>                    v.<br><br>INDUS COSMECEUTICALS PVT. LTD.<br>                              Defendant. | Case No.: 4:23-cv-01217-HSG<br><br>**ORDER GRANTING PLAINTIFF'S MOTION TO STAY PROCEEDINGS PENDING SERVICE (AS MODIFIED)** |

The Court, having considered Plaintiff's Administrative Motion to Stay Proceedings Pending Service, and good cause appearing, HEREBY GRANTS the motion.  This case is stayed until such time that Plaintiff files a proof of service, at which time the stay will be lifted and Defendant shall have 21 days to answer or otherwise respond to the Complaint.  Plaintiff shall file a status report of 2 pages or less every 60 days and notify the Court within 48 hours of receiving notice of service from the Indian Central Authority.

Dated: 6/28/2023

HAYWOOD S. GILLIAM, JR.
United States District Judge