**BURSOR & FISHER, P.A.**
Yeremey Krivoshey (State Bar No. 295032)
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile:  (925) 407-2700
E-mail: ykrivoshey@bursor.com

**BURSOR & FISHER, P.A.**
Matthew A. Girardi (*PHV* application forthcoming)
1330 Avenue of the Americas
32nd Floor
New York, NY 10019
Telephone: (646) 837-7150
Facsimile:  (212) 989-9163
E-Mail: mgirardi@bursor.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RENEE FIRATO, individually and on behalf of all other persons similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>INDUS COSMECEUTICALS PVT. LTD.<br><br>Defendant. | Case No.: 4:23-cv-01217-HSG<br><br>**ORDER GRANTING PLAINTIFF'S MOTION TO LIFT STAY OF PROCEEDINGS** |

The Court, having considered Plaintiff's Administrative Motion to Lift Stay of Proceedings, and good cause appearing, HEREBY GRANTS the motion. Defendant shall have until July 21, 2023 to answer or otherwise respond to the Complaint.

DATED: 7/6/2023

*Haywood S. Gilliam Jr.*
HAYWOOD S. GILLIAM JR.
United States District Judge